UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60476-WPD

MARIA TORRES, and other
similarly situated individuals,

      Plaintiff,

vs.

MAUCAR USA, LLC a Florida Limited
Liability Company, d/b/a ENJOY CAFÉ,
MAURO PEDUTTI, Individually,
DARIO PERETTI, Individually,

      Defendants.

_____/

## ORDER APPROVING FLSA SETTLEMENT; DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion for Approval Settlement Agreement [DE 39], filed on October 20, 2017.  The Court has carefully considered the Motion and the Settlement Agreement and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     The Motion [DE 39] is **GRANTED**;

2.     The parties' Settlement Agreement is hereby **APPROVED**;

3.     This case is **DISMISSED** with prejudice;

4.     The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record